IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| DONALD ALEXANDER | : | |
|     Petitioner | : | |
| v | : | Civil Action No. PJM-05-3477 |
| VETERANS ADMINISTRATION | : | |
|     Respondent | : | |

o0o

**MEMORANDUM**

The above-captioned Petition for Writ of Mandamus, filed on December 28, 2005, alleges that the Veterans Administration ("VA") has been dilatory in complying with Petitioner's requests for documents. Paper No. 1. Though he did not pay the filing fee in this case, Petitioner has not filed a Motion to Proceed Without Pre-payment of Costs. Petitioner will be required to either pay the $5.00 filing fee or file a motion requesting waiver before this case may proceed.

The Petition for Writ of Mandamus must also be amended before it may be served. In order to be entitled to mandamus relief, a petitioner must show that: he has the clear legal right to the relief sought; that the respondent has a clear legal duty to do the particular act requested; and that no other adequate remedy is available. *See In re First Fed. Savings and Loan Ass'n of Durham*, 860 F.2d 135, 138 (4th Cir. 1988); *Asare v. Ferro*, 999 F.Supp. 657, 659 (D. Md. 1998). The failure to show any of these prerequisites defeats a district court's jurisdiction under 28 U.S.C. § 1361. *See National Association of Government Employees v. Federal Labor Relations Authority*, 830 F. Supp. 889, 898 (E.D. Va. 1993). At present, Petitioner has presented evidence that his request for unspecified documents has been received by the VA and the VA has requested additional time to comply with the request. The allegations currently before the Court

do not specify the documents requested, the basis for Petitioner's asserted right to those documents, or why Petitioner has no other means by which to obtain the documents. Petitioner will, therefore, be required to amend the Petition setting forth that information. He is forewarned that his failure to amend the Petition will result in the dismissal of this action without prejudice and without further notice from this Court. A separate Order follows.

|  |  |
|---|---|
| January 19, 2006 | /s/<br>PETER J. MESSITTE<br>UNITED STATES DISTRICT JUDGE |

2